# United States Bankruptcy Court
## Northern District of California

In re    **True Spirits, LLC** ,     Case No.   **08-12710**

Debtor

Chapter     **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 4,270,000.00 | | |
| B - Personal Property | Yes | 3 | 918,476.64 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 3,459,012.34 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 21,446.91 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 1,917,048.31 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 5,188,476.64 | | |
| Total Liabilities | | | | 5,397,507.56 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

.

# United States Bankruptcy Court
## Northern District of California

In re **True Spirits, LLC**                ,     Case No.    **08-12710**

                    Debtor

Chapter          **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **True Spirits, LLC**                           ,    Case No.    **08-12710**

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4950 Ross Road, Sebastopol, CA** | | - | **4,270,000.00** | **3,415,010.34** |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **4,270,000.00** | (Total of this page) |
| | | Total > | **4,270,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **True Spirits, LLC**,        Case No. **08-12710**
               Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | | **Petty Cash** | - | 300.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Acct. No.*******937, First Community Bank** <br><br> **Payroll Acct No. *******314, First Community Bank** | - <br><br> - | 13.98 <br><br> 73.66 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit - PG&E** | - | 2,000.00 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

                                                    Sub-Total >      **2,387.64**
                                                   (Total of this page)

  **2**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re   **True Spirits, LLC**                                                    ,      Case No.      **08-12710**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable - Wine Production Services** | - | 110,429.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        110,429.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

In re    **True Spirits, LLC**                            ,     Case No.    **08-12710**

Debtor

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Trailer | - | 1,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computers(2), Chairs, file cabinets | - | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Audio System | - | 500.00 |
| | | Winery equipment | - | 500,000.00 |
| 30. Inventory. | | Wine | - | 284,160.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | Tractor with attachments | - | 18,000.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Laboratory equipment | - | 1,000.00 |

|  |  |
|---|---|
| Sub-Total > | 805,660.00 |
| (Total of this page) | |
| Total > | 918,476.64 |

Sheet   **2**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re __True Spirits, LLC__      Case No. __08-12710__

                             Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx xxx 40 08**<br><br>**Bay Area Development Company**<br>**1801 Oakland Blvd., Ste. 100**<br>**Walnut Creek, CA 94595** | X | - | Second Mortgage<br><br>4950 Ross Road, Sebastopol, CA<br><br>Value $     4,270,000.00 | | | | 1,113,259.13 | 0.00 |
| Account No.<br><br>**County of Sonoma**<br>**P.O. Box 3879**<br>**Santa Rosa, CA 95402** | | - | 4950 Ross Road, Sebastopol, CA<br><br>Value $     4,270,000.00 | | | | 1.00 | 0.00 |
| Account No. **xxx0090**<br><br>**First Community Bank**<br>**438 First St.**<br>**Santa Rosa, CA 95401** | X | - | First Mortgage<br><br>4950 Ross Road, Sebastopol, CA<br><br>Value $     4,270,000.00 | | | | 1,861,559.00 | 0.00 |
| Account No.<br><br>**Mark  Ciddo**<br>**c/o Mikel D. Bryan**<br>**550 Doyle Park Drive**<br>**Santa Rosa, CA 95405** | | - | Laboratory equipment<br><br>Value $     1,000.00 | | | | 1.00 | 0.00 |

   __1__ continuation sheets attached

                                 Subtotal        2,974,820.13        0.00

                             (Total of this page)

Case: 08-12710    Doc# 18    Filed: 01/12/09    Entered: 01/12/09 19:06:24    Page 7 of 24

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **True Spirits, LLC** , Case No. **08-12710**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W / J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Laboratory equipment | | | | | |
| Mikel D. Bryan 550 Doyle Park Drive Santa Rosa, CA 95405 | | - | | | | | | |
| | | | Value $ 1,000.00 | | | | 1.00 | 0.00 |
| Account No. | | | Equipment, tractor, press, ozone machine, labeling machine | | | | | |
| Pinnacle Leasing 159 S. Worther St., Ste. 300 Wenatchee, WA 98801 | | - | | | | | | |
| | | | Value $ Unknown | | | | 44,000.00 | Unknown |
| Account No. | | | Third Mortgage | | | | | |
| Roger Gadow 307 8th Street Petaluma, CA 94952 | X | - | 4950 Ross Road, Sebastopol, CA | | | | | |
| | | | Value $ 4,270,000.00 | | | | 440,191.21 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 484,192.21 | 0.00 |
| Total (Report on Summary of Schedules) | 3,459,012.34 | 0.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

In re **True Spirits, LLC**
_____ ,   Case No. ___**08-12710**_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1    continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **True Spirits, LLC** _____ , Case No. **08-12710** _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | LLC Fee | | | | | |
| Franchise Tax Board Attn: Legal Dept./Chief Counsel P.O. Box 2229 Sacramento, CA 95812-2229 | - | | | | | | | | 0.00 |
| | | | | | | | | 800.00 | 800.00 |
| Account No. | | | | Payroll taxes | | | | | |
| IRS P.O. Box 21126 Philadelphia, PA 19114-0326 | - | | | | | | | | 19,027.61 |
| | | | | | | | | 19,027.61 | 0.00 |
| Account No. **xx-x1453** | | | | excise taxes | | | | | |
| State Board of Equalization Excise Taxes Division P.O. Box 942897 Sacramento, CA 94279-6081 | - | | | | | | | | 0.00 |
| | | | | | | | | 203.62 | 203.62 |
| Account No. **xxx-xx0709** | | | | Sales tax | | | | | |
| State Board of Equalization P.O. Box 942879 Sacramento, CA 94279-8059 | - | | | | | | | | 0.00 |
| | | | | | | | | 565.68 | 565.68 |
| Account No. **xx-xxx6971** | | | | excise tax | | | | | |
| TTB Excise Tax P.O. Box 790353 Saint Louis, MO 63179-0353 | - | | | | | | | | 0.00 |
| | | | | | | | | 850.00 | 850.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 21,446.91 | 19,027.61 2,419.30 |
| Total (Report on Summary of Schedules) | 21,446.91 | 19,027.61 2,419.30 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re **True Spirits, LLC**, Case No. **08-12710**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Aaqua Tools, Inc.** <br>**3233 Fitzgerald Rd., B** <br>**Rancho Cordova, CA 95742** | | - | | | | | 623.84 |
| Account No. <br><br>**Accurate Forklift** <br>**85 Scenic Ave.** <br>**Santa Rosa, CA 95407** | | | | | | | 219.56 |
| Account No. <br><br>**Agricredit Acceptance** <br>**P.O. Box 14535** <br>**Des Moines, IA 50306** | | - | | | | | 11,606.19 |
| Account No. <br><br>**Airgas NCN** <br>**920 Piner Rd.** <br>**Santa Rosa, CA 95403** | | - | | | | | 1,906.40 |
| __9__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 14,355.99 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:36189-081118   Best Case Bankruptcy

In re **True Spirits, LLC**                     ,     Case No.     **08-12710**

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Alice Dorn** <br> **16330 Meldoy Lane** <br> **Guerneville, CA 95446** | - | | | | | | 50,000.00 |
| Account No. <br><br> **Allied Insurance** <br> **P.O. Box 514540** <br> **Los Angeles, CA 90051** | - | | | | | | 3,670.90 |
| Account No. <br><br> **Associated Winery Systems** <br> **7787 Bell Rd.** <br> **Windsor, CA 95492** | - | | | | | | 3,321.52 |
| Account No. <br><br> **AT&T** <br> **Payment Center** <br> **Sacramento, CA 95887** | - | | | | | | 290.00 |
| Account No. <br><br> **Bank of America** <br> **P.O. Box 15721** <br> **Wilmington, DE 19886-5721** | - | | | | | | 1,730.50 |

Sheet no. __1__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal <br> (Total of this page)      59,012.92

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re **True Spirits, LLC**                                    Case No. **08-12710**
_____,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Bank of America P.O. Box 9000 Getzville, NY 14068-9000 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Bay Area Development 101 Barcla St., 8th Fl. New York, NY 10286 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Betty Duncan 83 Bolinas Ave. San Anselmo, CA 94960 | - | | | | | | | 100,000.00 |
| Account No. | | | | | | | | |
| Betty Duncan 83 Bolinas Ave. San Anselmo, CA 94960 | - | | | | | | | 390,000.00 |
| Account No. | | | | | | | | |
| Cardmember Services P.O. Box 790408 Saint Louis, MO 63179-0408 | - | | | | | | | 10,000.00 |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **500,000.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re __**True Spirits, LLC**_____,  Case No. ____**08-12710**_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Chase/Sony Card** **P.O. Box 94014** **Palatine, IL 60094** | - | | | | | | 2,500.00 |
| Account No. | | | | | | | |
| **Ciatti & Company** **1101 Fifth Ave., #170** **San Rafael, CA 94901** | - | | | | | | 549.50 |
| Account No. | | | | | | | |
| **Cisco Gomez** **180 Thesher Dr.** **Vallejo, CA 94591** | - | | | | | | 30,000.00 |
| Account No. | | | | | | | |
| **Comcast Communiations** **P.O. Box 34744** **Seattle, WA 98124-1744** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Danny & Chris** | - | | | | | | 16,032.59 |

Sheet no. __**3**___ of __**9**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      49,082.09

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re **True Spirits, LLC**         Case No. **08-12710**

_____,
             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Denise Olrich Olrich & Welch Petaluma, CA | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Dept of Emergency Services 2300 County Center Dr., Ste. 221 Santa Rosa, CA 95407 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| EDD P.O. Box 826288 Sacramento, CA 94230 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Edward Giacomini 50 Hatt Street Suite 602 Dundas, ON  L9H 0A1 | - | | | | | | 190,000.00 |
| Account No. | | | | | | | |
| Ferrellgas P.O. Box 6455 Carol Stream, IL 60197-6455 | - | | | | | | 1,987.07 |

Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **191,987.07**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re  **True Spirits, LLC**_____,  Case No. ____**08-12710**_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | credit card | | | | |
| **First Community Bank 438 First St. Santa Rosa, CA 95404** | - | | | | | | 5,270.22 |
| Account No. | | | | | | | |
| **Franchise Tax Board P.O. Box 942857 Sacramento, CA 94257-0001** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Home Depot P.O. Box 689 100 Des Moines, IA 50306** | - | | | | | | 10,334.85 |
| Account No. | | | | | | | |
| **Indymac Bank P.O. Box 78826 Phoenix, AZ 85062** | - | | | | | | 441,937.05 |
| Account No. | | | | | | | |
| **KLR Machines 350 Morris St., Ste. E Sebastopol, CA 95472** | - | | | | | | 641.98 |

Sheet no. __**5**___ of __**9**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **458,184.10**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re  **True Spirits, LLC**                                              ,  Case No. ___**08-12710**___
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Linda Giacomini & Michael Giacomini P.O. Box 726 Ross, CA 94957 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Lowe's P.O. Box 530970 Atlanta, GA 30353-0970 | - | | | | | | 1,677.18 |
| Account No. | | | | | | | |
| M A Silva Corks 3433 Westwind Blvd. Santa Rosa, CA 95403 | - | | | | | | 4,211.66 |
| Account No. | | | | | | | |
| Marcus Bryant 165 East F. Street Benicia, CA 94510 | - | | | | | | 50,000.00 |
| Account No. | | | | | | | |
| Mount St. Helena Vineyard 20963 Hwy. 175 Middletown, CA 95461 | - | | | | | | 7,828.00 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 63,716.84

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **True Spirits, LLC**                                      ,     Case No.  **08-12710**
_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Office Depot** P.O. Box 689020 Des Moines, IA 50368 | - | | | | | | 486.00 |
| Account No. | | | | | | | |
| **PG&E** P.O. Box 997300 Sacramento, CA 95899-7300 | - | | | | | | 3,151.07 |
| Account No. | | | | | | | |
| **Pinnacle Business Finance** P.O. Box 3571 Seattle, WA 98124 | - | | | | | | 25,000.00 |
| Account No. | | | | | | | |
| **Ricioli Brothers** 2200 Laughlin Rd. Windsor, CA 95492 | - | | | | | | 5,134.00 |
| Account No. | | | | | | | |
| **Robin Rinaldo** 8530 Planetree Drive Windsor, CA 95492 | - | | | | | | 250,000.00 |

Sheet no. __7___ of __9___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **283,771.07**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re  **True Spirits, LLC**                                                                    ,  Case No. ___**08-12710**___
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Romy Payne & Don Payne 4950 Ross Road Sebastopol, CA 95472 | - | | | | | | 0.00 |
| Account No.  SEB. Bearing & Hydraulic 6066 Sebastopol Rd. Sebastopol, CA 95472 | - | | | | | | 490.38 |
| Account No.  Sonoma County Central Collections P.O. Box 3569 Santa Rosa, CA 95402 | - | | | | | | 705.80 |
| Account No.  Thomas A. Rohde 4000 Montgomery Dr. Suite 120 Santa Rosa, CA 95402 | - | | | | | | 1,799.00 |
| Account No.  Tim Rothchild 2424  Grosse Ave. Santa Rosa, CA 95404 | - | | | | | | 20,000.00 |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     22,995.18

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re **True Spirits, LLC** , Case No. **08-12710**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Trilogy Glass 975 Corporate Center Pkwy., Ste. 120 Santa Rosa, CA 95407 | - | | | | | | | 160.96 |
| Account No. | | | | | | | | |
| US Bank 1450 Channel Pkwy. Marshall, MN 56258 | - | | | | | | | 19,000.00 |
| Account No. | | | | | | | | |
| Vinquiry 7795 Bell Rd. Windsor, CA 95492 | - | | | | | | | 5,358.87 |
| Account No. | | | | | | | | |
| Wachovia P.O. Box 60505 City Of Industry, CA 91716 | - | | | | | | | 249,423.22 |
| Account No. | | | | | | | | |
| West Sonoma County Disposal P.O. Box 1916 Santa Rosa, CA 95402 | - | | | | | | | 0.00 |

Sheet no. __9__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **273,943.05**

Total
(Report on Summary of Schedules) **1,917,048.31**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **True Spirits, LLC**              ,    Case No.   **08-12710**

                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| 19th Hole<br>907 June Ct.<br>Glen Ellen, CA 95442 | Services and storage  Expires 12/31/08 |
| American Beverage Group<br>P.O. Box 218<br>Petaluma, CA 94953 | Services - winemaking and storage  Expires 9/30/09 |
| Bedford Ranch<br>6801 W. Dry Creek Rd.<br>Healdsburg, CA 95448 | Services - winemaking & storage    Expires 9/30/09 |
| Bradkin Vineyards<br>555 De Haro, Ste. 360<br>San Francisco, CA 94107 | Services and storage  Expires 12/31/08 |
| Branley Vineyards<br>2099 Fulton Rd.<br>Santa Rosa, CA 95403 | Services and storage  Expires 12/31/08 |
| Capay Valley<br>P.O. Box 17<br>Brooks, CA 95606 | Services and storage  Expires 12/31/08 |
| Clary Ranch Wines<br>3641 Middle Two Rock Rd.<br>Petaluma, CA 94952 | Services - winemaking & storage    Expires 9/30/09 |
| Kobler Family Vineyards<br>4630 Gravenstein Hwy.<br>Sebastopol, CA 95472 | Services and storage  Expires 12/31/08 |
| Kumas Wines Inc.<br>545 Norlee St.<br>Sebastopol, CA 95472 | Services and storage  Expires 12/31/08 |
| Napa Sonoma Vineyard<br>P.O. Box 1583<br>Sonoma, CA 95476 | Services - winemaking & storage    Expires 9/30/09 |
| Nellessen Winery<br>740 4th St.<br>Santa Rosa, CA 95404 | Services and storage  Expires 12/31/08 |
| Nelson Estate Winery<br>P.O. Box 66067<br>Seattle, WA 98166 | Services and storage  Expires 12/31/08 |

1

    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re  **True Spirits, LLC**                                                                ,          Case No.  **08-12710**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Peter Cellars**<br>**1027 De Haro St.**<br>**San Francisco, CA 94107** | **Services and storage    Expires 12/31/08** |
| **Pinnacle Leasing**<br>**159 S. Worther St., Ste. 300**<br>**Wenatchee, WA 98801** | **Equipment lease (financing)** |
| **Tantalus Cellars**<br>**6363 St. Charles Ave.**<br>**New Orleans, LA 70118** | **Services and storage    Expires 12/31/08** |
| **Teac-Mor Vineyards**<br>**4489 Occidental Rd.**<br>**Santa Rosa, CA 95401** | **Services and storage    Expires 12/31/08** |
| **Thackery & Co.**<br>**P.O. Box 58**<br>**Bolinas, CA 94924** | **Services and storage    Expires 12/31/08** |
| **Versaggi Vineyards**<br>**3144 Lovall Valley Rd.**<br>**Sonoma, CA 95476** | **Services and storage** |
| **VJB Vineyards**<br>**9077 Sonoma Hwy.**<br>**Kenwood, CA 95452** | **Services and storage** |
| **Wahlberg/Arlanda**<br>**17750 Los Alamos St.**<br>**Fountain Valley, CA 92708** | **Services and storage** |

Sheet  __1__  of  __1__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

In re   **True Spirits, LLC**                                          Case No.   **08-12710**
_____
,
                                            Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Don Payne**<br>**4950 Ross Rd.**<br>**Sebastopol, CA 95472** | **First Community Bank**<br>**438 First St.**<br>**Santa Rosa, CA 95401** |
| **Don Payne**<br>**4950 Ross Rd.**<br>**Sebastopol, CA 95472** | **Bay Area Development Company**<br>**1801 Oakland Blvd., Ste. 100**<br>**Walnut Creek, CA 94595** |
| **Don Payne**<br>**4950 Ross Rd.**<br>**Sebastopol, CA 95472** | **Roger Gadow**<br>**307 8th Street**<br>**Petaluma, CA 94952** |
| **Mark Ciddio**<br>**c/o Mikel D. Bryan**<br>**550 Doyle Park Dr.**<br>**Santa Rosa, CA 95405** | **First Community Bank**<br>**438 First St.**<br>**Santa Rosa, CA 95401** |
| **Mark Ciddio**<br>**c/o Mikel D. Bryan**<br>**550 Doyle Park Dr.**<br>**Santa Rosa, CA 95405** | **Bay Area Development Company**<br>**1801 Oakland Blvd., Ste. 100**<br>**Walnut Creek, CA 94595** |
| **Mark Ciddio**<br>**c/o Mikel D. Bryan**<br>**550 Doyle Park Dr.**<br>**Santa Rosa, CA 95405** | **Roger Gadow**<br>**307 8th Street**<br>**Petaluma, CA 94952** |
| **Michael Giacomini**<br>**P.O. Box 726**<br>**Ross, CA 94957** | **First Community Bank**<br>**438 First St.**<br>**Santa Rosa, CA 95401** |
| **Michael Giacomini**<br>**P.O. Box 726**<br>**Ross, CA 94957** | **Bay Area Development Company**<br>**1801 Oakland Blvd., Ste. 100**<br>**Walnut Creek, CA 94595** |
| **Michael Giacomini**<br>**P.O. Box 726**<br>**Ross, CA 94957** | **Roger Gadow**<br>**307 8th Street**<br>**Petaluma, CA 94952** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re  **True Spirits, LLC**                                           Case No.  **08-12710**
                                           Debtor(s)                 Chapter   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**23**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **January 12, 2009**                        Signature   **/s/ Don Payne**
                                                             **Don Payne**
                                                             **Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.