David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No. 08-12710 |
| TRUE SPIRITS, LLC, | Chapter 11 |
| DEBTOR.           / | ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF |
| | Date:  April 30, 2010<br>Time:  9:00 a.m.<br>Place: 99 South E St.<br>       Santa Rosa, CA |

A Disclosure Statement under Chapter 11 of the Bankruptcy Code having been filed by True Sprits, LLC, Debtor, on February 25, 2010, and Amended on March 18, 2010, referring to a Plan under Chapter 11 of the Code filed by the Debtor, on February 19, 2010, and

It having been determined after hearing on notice that the Disclosure Statement contains adequate information as required by 11 U.S.C. section 1125;

IT IS ORDERED, and notice is hereby given, that:

1.   The Amended Disclosure Statement filed by Debtor on March 18, 2010 is approved.

2.   April 23, 2010, is fixed as the last day for filing written acceptances or rejections of the Plan referred to above.

3.   Within 3 days after the entry of this order, the Plan or a summary thereof approved by the court, and a ballot conforming to

Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d).

4. April 30, 2010, 9:00 a.m., at 99 South E Street, Santa Rosa, California, is fixed for the hearing on confirmation of the Plan.

5. April 23, 2010, is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P. 3020(b)(1) written objections to confirmation of the Plan.

Dated: March 19, 2010

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge

Approved as to form:

FRIEDEMANN GOLDBERG LLP

By: */s/ Adriana N. Dydell*
ADRIANA N. DYDELL
Attorneys for Secured Creditor
First Community Bank